PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
FEB 11, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

U.S.A. VS. Ahmed Tariq Asghari　　　　　　　　　　　　　　　Docket No.: CR12-00533-GAF

### Petition on Probation and Supervised Release (Modification)

COMES NOW MICHELLE A. CAREY, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ahmed Tariq Asghari who was placed on supervision by the Honorable GARY A. FEESS sitting in the Court at Los Angeles, California, on the 29th day of July, 2013 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 29, 2013, the Court ordered Mr. Asghari to pay $1,813,136.98 in restitution. However, the Court did not establish a specific monthly payment. In *United States v. Gunning*, 339 F.3d 498 C.A.9 (Wash.) 2003, the 9th Circuit held that the scheduling of restitution payments cannot be delegated to the Probation Office and that the district court must determine the restitution payment schedule. For that reason, the Probation Office recommends a modification to establish such payment schedule.

Mr. Asghari and defense counsel consent to this modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER** Ahmed Tariq Asghari, as a special condition of supervision, shall pay the balance of the restitution in monthly installments of at least 10% of the offender's gross monthly income, but not less than $200, whichever is greater, during the term of supervised release, which shall commence within 30 days of this order.

ORDER OF COURT

Considered and ordered this 11th day of Feb, 2016 and ordered filed and made a part of the records in the above case.

George H. King, Chief U. S. District Judge
United States District Judge

Respectfully,

HELEN ZAYTSEVA
U. S. Probation Officer

Place: Woodland Hills, California
Approved: GREGORY P. KIRK
Supervising U. S. Probation Officer
Date: February 10, 2016